## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 14-cv-02758-CMA-KMT (consolidated for all purposes with Civil Action No. 14-cv-02976-CMA-KMT)

JHL INDUSTRIAL SERVICES, LLC, a Colorado Limited Liability Company,
United States of America, for the use and benefit of,
d/b/a Platt Rogers Construction,

    Plaintiff,

v.

HARTLAND/MASS JOINT VENTURE, LLC,
OHIO CASUALTY INSURANCE COMPANY, and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

    Defendants.

HARTLAND EXCAVATION, INC.,
HARTLAND/MASS JOINT VENTURE, LLC, and
MASS SERVICE & SUPPLY, LLC,

    Counter Claimants,

v.

JHL INDUSTRIAL SERVICES, LLC., a Colorado Limited Liability Company,
United States of America, for the use and benefit of,
d/b/a Platt Rogers Construction,

    Counter Defendant,

v.

Weifield Group Contracting, LLC,

    Consolidated Claimant.

## ORDER

2

This matter is before the Court on the parties' Stipulation of Dismissal of Claims against Mass Service & Supply, LLC and Hartland Excavation, Inc. (Doc. # 65). Having reviewed the stipulation, it is hereby

ORDERED that the claims of the United States of America for the use and benefit of JHL Industrial Services, LLC d/b/a Platt Rogers Construction against Mass Service & Supply, LLC and Hartland Excavation, Inc. are DISMISSED WITH PREJUDICE, all parties to bear their own costs and attorney fees; and it is

FURTHER ORDERED that all future filings shall be captioned as set forth above.

DATED: December 30, 2015        BY THE COURT:

*Christine M Arguello*
CHRISTINE M. ARGUELLO
United States District Judge